UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
          Judgment Creditor,

v.

ANTONIO NUNEZ TORRES,
          Judgment Debtor.

18 CR 67 (RJS)

**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS**

WHEREAS, on May 10, 2019, the United States of America obtained a judgment against the judgment debtor, ANTONIO TORRES, in the amount of $137,300.00, for which the outstanding balance is $154,547.96, and the parties have agreed to voluntary automatic deduction of 10% per pay period from ANTONIO NUNEZ TORRES's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that ANTONIO NUNEZ TORRES's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of ANTONIO TORRES's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for ANTONIO NUNEZ TORRES, 18 CR 67.

Dated: September 15, 2025
       New York, New York

_____
ANTONIO NUNEZ TORRES
Judgment Debtor

JAY CLAYTON
United States Attorney

_____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED:

October 1, 2025

_____
RICHARD J. SULLIVAN
United States Circuit Judge
Sitting by Designation